# United States Court of Appeals
## For the First Circuit

No. 11-1611

UNITED STATES,

Plaintiff, Appellee,

v.

$8,440,190.00 IN U.S. CURRENCY,

Defendant In Rem,

ROBERT HOVITO VAN BOMMEL DUYZING,

Claimant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 17, 2013 is amended as follows:

On page 33, line 30, replace "he" with "the"